

**ORDERED in the Southern District of Florida on July 23, 2019.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 19-14332-EPK
CHAPTER 7 CASE

IN RE:

ABEER KHALFA
AKA ABEER KHALFA MAJDALAWI
Debtor(s).
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY DE. # 27**

    THIS CASE came before the court, upon Motion for Relief from the Automatic Stay (Docket #27) filed pursuant to local rule 4001-1(c) by Nationstar Mortgage LLC d/b/a Mr. Cooper, it's successors and/or assigns ("Movant").  There being no objections to the entry of this order within the fourteen days negative notice period set forth therein and the Court based on the record, it is

    ORDERED:

1. That the Motion is granted.
2.  The Automatic Stay imposed by 11 U.S.C. §362 is terminated as to Movant's interest in the following property:

**LOT 121 OF THE SPRINGS-PLAT NO. 1, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 80, AT PAGE 92, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA**

**A/K/A: 6121 SPRING ISLES BL, LAKE WORTH, FLORIDA 33463**

3. The Order granting Relief from the automatic stay is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the debtor.

4. That the fourteen (14) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001 (a)(3) is waived so that Secured Creditor can pursue its in rem remedies without further delay.

5. Movant is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, Movant**,** may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case

###

PREPARED BY:  CHOICE LEGAL GROUP, P.A.
ATTN: RESHAUNDRA M. SUGGS
P.O. BOX 9908
FORT LAUDERDALE, FLORIDA 33310-0908

ReShaundra M. Suggs, Esq., is directed to serve a copy of this order on interested parties and file a certificate of service upon the entry of this order.